# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIUS ALLEN, | ) |
| | ) |
| Plaintiff, | ) 2:24-cv-323 |
| | ) |
| vs. | ) |
| | ) Hon. J. Nicholas Ranjan |
| U/K JOHNSON, et al., | ) |
| | ) Magistrate Judge Kezia O.L. Taylor |
| Defendants. | ) |
| | ) |

## MEMORANDUM ORDER

This is a *pro se* case asserting civil-rights violations. This matter was referred to Magistrate Judge Kezia O.L. Taylor for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is a Report & Recommendation filed by Judge Taylor on January 10, 2025. ECF 21. Judge Taylor recommends that the Court (1) deny Defendants' motion to dismiss Mr. Allen's due-process claim as moot because he asserts that he is not pursuing an independent due-process claim, and (2) deny Defendants' motion to dismiss Mr. Allen's conspiracy claim. ECF 21, pp. 5-7. The parties were notified that, pursuant to 28 U.S.C. § 636(b)(1), objections to the Report & Recommendation were due within fourteen days, or seventeen days for unregistered ECF users. ECF 21. No party filed objections to the Report & Recommendation.

Upon a review of the record of this matter and the Report & Recommendation, the Court finds no clear error on the face of the record, and therefore enters the following order:

**AND NOW**, this **12th day of February, 2025**, it is hereby **ORDERED** that Judge Taylor's Report & Recommendation, ECF 21, is **ADOPTED** as the opinion of the Court.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

cc:
Julius Allen
MZ5068
SCI GREENE
169 PROGRESS DRIVE
WAYNESBURG, PA 15370
PRO SE