IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIUS ALLEN, <br><br> Plaintiff, <br><br> vs. <br><br> U/K JOHNSON, et. al., <br><br> Defendant. | 2:24-cv-323 <br><br> Hon. J. Nicholas Ranjan <br><br> Magistrate Judge Kezia O. L. Taylor |

## MEMORANDUM ORDER

This is a *pro se* case asserting civil-rights violations. This matter was referred to Magistrate Judge Kezia O. L. Taylor for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is a Report & Recommendation (ECF 32) filed by Judge Taylor on June 24, 2025, recommending that the Court dismiss Mr. Allen's case with prejudice for failure to comply with his continuing obligation to provide the Court with his current address. The parties were notified that, pursuant to 28 U.S.C. § 636(b)(1), objections to the Report & Recommendation were due by July 8, 2025 (for ECF users) and July 11, 2025 (for non-ECF users). No objections were filed.

Upon a clear error review of the record of this matter and the Report and Recommendation, the Court finds no clear error on the face of the record, and therefore enters the following order.

AND NOW, this 31st day of July, 2025, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE**. The Report & Recommendation is adopted as the opinion of the Court.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge